WILL M. YAMADA (SBN 226669)
JOHN P. TRIBUIANO III (SBN 232960)
DONALD P. NOVEY (SBN 279654)
**NOVEY, TRIBUIANO & YAMADA, LLP**
2222 Watt Avenue, Suite B-1
Sacramento, CA, 95825
Telephone: (916) 333-5000
Facsimile:  (916) 333-5001

Attorneys for Plaintiffs

## UNITED STATES DISTICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT EDWARDS; LAWRENCE LAMDIN; VINCENT VANDENBERG,<br><br>　　　Plaintiffs,<br><br> v.<br><br>BRUCE OLSON CONSTRUCTION, INC., and DOES 1-10,<br>　　　Defendants. | Case No.   2:13-CV-01172-WBS-KJN<br><br>ORDER TO REFER THIS ACTION TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM |

WHEREAS the parties to the above-entitled action have agreed to and stipulated to submitting this case to Voluntary Dispute Resolution Program

NOW THEREFORE, it is hereby ordered that this action be referred to the Voluntary Dispute Resolution Program.

IT IS SO ORDERED.

Dated:  August 28, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

*Edwards v. Bruce Olson Construction, Inc.*                                        *[PROPOSED] ORDER*